**Chad AREL, Plaintiff–Appellant,**

v.

**Kevin COON, CO II, at Northwestern Regional Correctional Facility; Greenia, CO II at Northwestern Regional Correctional Facility; Nichols, CO I at Northwestern Regional Correctional Facility; Trayah, CO I at Northwestern Regional Correctional Facility; Zablonski, COI at Northwestern Regional Correctional Facility, Defendants–Appellees.**

No. 03–211.

United States Court of Appeals, Second Circuit.

July 14, 2004.

Chad Arel, Cocoa Beach, FL, for Plaintiff–Appellant, pro se.

Steve Collier, Assistant Attorney General, for William H. Sorrell, Attorney General of the State of Vermont, Waterbury, VT (Donelle Smith Staley, Assistant Attorney General on the brief), for Defendants–Appellees.

* The Honorable Richard M. Berman, United States District Court for the Southern District

Present: CALABRESI, SOTOMAYOR, Circuit Judges, and BERMAN, District Judge.*

### SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court be and it hereby is **AFFIRMED.**

Plaintiff Chad Arel filed this § 1983 action *pro se* in the United States District Court for the District of Vermont, alleging that excessive force was used against him in violation of the Eighth Amendment. Arel appeals from the decision of the District Court (Sessions, *J.*) granting judgment as a matter of law to the defendants after a bench trial.

We have reviewed the evidence that was before the District Court and agree that the Plaintiff has not made the requisite showing of an eighth amendment violation. *See Scott v. Coughlin,* 344 F.3d 282, 291 (2d Cir.2003).

Having considered all of the Plaintiff's arguments and having found them to be without merit, we AFFIRM the judgment of the district court.